# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00463-DKW-RT |
| CASE NAME: | Karen Lam, et al. v. Hilton Management LLC |
| ATTYS FOR PLA: | Thomas Kaster* |
| ATTYS FOR DEFT: | Stacy Ma* |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record / ZOOM |
| DATE: | 10/14/2022 | TIME: | No Record: 11:00 - 12:36<br>ZOOM (SEALED): 12:37 - 12:47 p.m. |

COURT ACTION:  EP: CONFIDENTIAL TELEPHONIC SETTLEMENT CONFERENCE and SETTLEMENT ON THE RECORD held.

Plaintiff Karen Lam also participated by telephone.

<u>Confidential Settlement Conference (No Record / 11:00 - 12:36 p.m.)</u>:

Discussion had.  Court extended mediator's proposal.  Settlement reached.

<u>Confidential Settlement on the Record (ZOOM (SEALED) / 12:37 - 12:47 p.m.)</u>:

Mr. Kaster represents Plaintiff Karen Lam is authorized to represent Plaintiff Sokha Duong.

Ms. Ma recited the **material and essential** terms of the settlement.

Mr. Kaster provided further clarification.

Parties, individually and through counsel, **confirmed and consented** to the settlement terms, as recited and clarified by counsel.

Settlement **terms** to remain **confidential**. The audio and transcript of this hearing shall be sealed.  Counsel and the parties, however, shall be permitted access without further court order.

Court finds the essential terms of a **valid and binding settlement agreement** have been

set forth.

**Stipulated Dismissal With Prejudice** due by 11/14/2022 and to be submitted to District Judge Watson at Watson_Orders@hid.uscourts.gov, with courtesy copy to Trader_Orders@hid.uscourts.gov.

Trial date and all further **deadlines and court dates are VACATED**, including the Motion Hearing set for 11/25/2022 before District Judge Watson on Defendant's ECF [26] *Motion for Partial Summary Judgment* and associated briefing deadlines. Defendant's ECF [26] *Motion for Partial Summary Judgment* is terminated.

Defendant to make best efforts to tender settlement proceeds as soon as possible, but **no later than 30 days** after receipt of executed settlement documents.

Court to retain jurisdiction for limited time period to effectuate settlement up until the filing of the stipulation to dismiss. *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994).

Telephone Conference set for **12/1/2022** at 8:30 a.m. before Magistrate Judge Trader. No submissions required. Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

Dial in number:   1-833-568-8864 (toll-free).
Meeting ID:        161 5641 6035.

Should the stipulation to dismiss be received prior, the Court will automatically vacate this conference.

*Submitted by: Lian Abernathy, Courtroom Manager*