GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

STACY Y. MA                                    10537-0
  sma@goodsill.com
THOMAS J. HUGHES                               11059-0
  thughes@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
HILTON MANAGEMENT LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAREN LAM, SOKHA DUONG,<br><br>Plaintiffs,<br><br>vs.<br><br>HILTON MANAGEMENT LLC, a Foreign Limited Liability (LLC), and DOES 1-100,<br><br>Defendants. | CIVIL NO. 21-cv-00463-DKW-RT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES**<br><br>Judge: Hon. Derrick K. Watson<br>Trial Date: April 3, 2023 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED by the parties hereto, through their

respective counsel, that Plaintiffs KAREN LAM and SOKHA DUONG

("Plaintiffs")' Complaint, filed August 17, 2021 in the Circuit Court of the First

Circuit, State of Hawaii, No. 1CCV-21-0001024, and subsequently removed to the

United States District Court for the District of Hawaii on November 24, 2021, No.

1:21-cv-00463-DKW-RT, is hereby dismissed with prejudice as to all claims

against Defendant HILTON MANAGEMENT COMPANY LLC ("Defendant").

This Stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States

District Court for the District of Hawaii.

There are no remaining claims following dismissal.  All parties shall

bear their own attorneys' fees and costs.

This Stipulation has been signed by counsel for all parties who have

made an appearance in this action.

DATED:  Oakland, California, 11/3/2022.

LAW OFFICES OF JOHN E. HILL

/s/ Thomas J. Kaster
THOMAS J. KASTER

Attorney for Plaintiffs
KAREN LAM and SOKHA DUONG

2

DATED:  Honolulu, Hawaii, 11/14/2022.

GOODSILL ANDERSON QUINN &
STIFEL LLP

/s/ Stacy Y. Ma
STACY Y. MA
THOMAS J. HUGHES

Attorneys for Defendant
HILTON MANAGEMENT LLC

APPROVED AS TO FORM:

DATED:  November 21, 2022 at Honolulu, Hawai'i.

 /s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

**Stipulation for Dismissal with Prejudice as to All Claims and Parties**; *Karen Lam, et al. v. Hilton Management LLC;* No. 1:21-cv-00463-DKW-RT; United States District Court, District of Hawaii